UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTSY LABS, LLC and ZURU INC.,

                    Plaintiffs,                    21-cv-6635 (PKC)

        -against-                        ORDER

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A TO THE COMPLAINT,

                    Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The defendants identified at numbers 10, 13, 14, 24, 35, 44, 57, 75, 93, 101, 107, 109, 116, and 119 of Schedule A to the Complaint shall respond to the memorandum in support of a preliminary injunction by September 14, 2021.  Plaintiffs may reply by September 21, 2021.  Plaintiff shall submit a supplemental affidavit outlining the sufficiency of service of process on all defendants by September 2, 2021.  The Temporary Restraining Order is extended as to all defendants through the determination of the entry of a preliminary injunction.  The Clerk is directed to terminate docket entry 9 and unseal docket entries 10 and 11 so that they may be viewed publicly.

        SO ORDERED.

                            P. Kevin Castel
                        United States District Judge

Dated: New York, New York
       August 31, 2021