UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANTSY LABS, LLC and ZURU INC.,

                Plaintiffs,                21-cv-6635 (PKC)

      -against-                    ORDER

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A TO THE COMPLAINT,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        On April 9, 2024, the Court directed the plaintiff to show cause in writing by April 19, 2024 why this action ought not be dismissed for failure to prosecute. (ECF 59.) In that Order, the Court stated that failure to do so would result in dismissal of this action for failure to prosecute. The plaintiff has not responded to the April 9, 2024 Order.

        The Court thus dismisses the case for failure to prosecute. The Clerk of Court is respectfully requested to close the case.

        SO ORDERED.

                                              P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       April 24, 2024